1
2
3
4

UNITED STATES DISTRICT COURT

5

SOUTHERN DISTRICT OF CALIFORNIA

6

(HONORABLE JANIS L. SAMMARTINO)

7

8     UNITED STATES OF AMERICA,                    CASE NO.:  21CR0713-JLS

9                            Plaintiff,

10         v.                                       Order to Continue
                                                    Motion Hearing and Trial Setting
11     ALEX SOLORZANO PARTIDA,

12                            Defendant.

13

14         Pursuant to joint motion and good cause appearing, IT IS HEREBY

15     ORDERED that Mr. Partida's motion hearing and trial setting be continued from

16     April 9, 2021 to May 14, 2021 at 1:30 p.m.   Defendant shall file an

17     acknowledgement of the new hearing date by May 7, 2021.

18         For the reasons set forth in the joint motion, the Court finds that the ends of

19     justice will be served by granting the requested continuance, and these outweigh

20     the interests of the public and the defendant in a speedy trial.  Accordingly, the

21     delay occasioned by this continuance is excludable pursuant to 18 U.S.C. §

22     3161(h)(7)(A), as well as under 18 U.S.C. § 3161(h)(1)(D).

23         **SO ORDERED.**

24
       Dated:  April 7, 2021
25
                                                   *Janis L. Sammartino*
                                                   Hon. Janis L. Sammartino
26                                                 United States District Judge

27

28